Opinion issued December 8, 2011.


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00795-CV

———————————

IN RE Reuben Williams, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

By petition
for writ of mandamus, Relator Reuben Williams challenges the trial court’s
denial of his motion to abate his civil suit until after the resolution of two
criminal charges pending against him.[1] We deny the petition for
writ of mandamus.

PER CURIAM

 

Panel
consists of Justices Jennings, Sharp, and Brown.

 











[1]
        The underlying case is Reuben Williams v. D. Houston, Inc. d/b/a
Treasures, Cause No. 2010-26293, 281st District Court of Harris County,
Texas, Honorable Sylvia Matthews presiding.